Commissioner of Public Welfare, Respondent, *v.*
Peter Gavin, Appellant.

(Submitted January 20, 1936; decided January 28, 1936.)

*Paul Windels, Corporation Counsel* (*Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.